IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF ADAN YOMER ROLDAN LLANOS and NICOLE DIAZ, individually and as Administratrix of the ESTATE OF ADAN YOMAR ROLDAN LLANOS,** | : : : : : | **CIVIL ACTION NO. 23-3989** |
| *Plaintiffs,* | : | |
| v. | : : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this **14th** day of **January 2025**, upon consideration of Defendants the City of Philadelphia and Commissioner Blanche Carney's Motion to Dismiss (ECF No. 9), Defendant Warden Nancy Giannetta's Motion to Dismiss (ECF No. 17), Defendant Deputy Warden Edwin Cruz's Motion to Dismiss (ECF No. 23), and the corresponding briefing, it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, the Motions (ECF Nos. 9, 17, 23) are **GRANTED** and Plaintiffs' Amended Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE.**

Plaintiffs may file a second amended complaint within **thirty (30) days** of the date of this Order. If Plaintiffs fail to do so, their case will be dismissed without further notice for failure to prosecute.

                                                              **BY THE COURT:**

                                                             */S/ Kai N. Scott*

                                                             **HON. KAI N. SCOTT**
                                                             **United States District Court Judge**